FILED
Oct 20, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORETO MADRID, AND<br>DIANA PENALOZA,<br><br>Defendants. | CASE NO. 1:22-cr-00281-ADA-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 20, 2022, charging the above defendants with violations of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) –Possession of Methamphetamine with Intent to Distribute; 21 U.S.C. § 853(a) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

| | | |
|---|---|---|
| 1 | DATED: October 20, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | PHILLIP A. TALBERT<br>United States Attorney |
| 4 | | |
| 5 | | By   /s/ Stephanie M. Stokman |
| 6 | | STEPHANIE M. STOKMAN<br>Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated:  OCTOBER 20, 2022      _Sheila K. Oberto_____

SHEILA K. OBERTO
U.S. Magistrate Judge

Motion to Seal Indictment                    2