**FILED**
Nov 29, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>LORETO MADRID et al.,<br><br>            Defendant. | CASE NO. 1:22-CR-00281-ADA-BAM<br><br>ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on October 20, 2022, be unsealed and become public record.

DATED: __Nov 29, 2022__

_____
HON. ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE