PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORETO MADRID, and<br>DIANA PENALOZA,<br><br>Defendants. | CASE NO. 1:22-CR-0281-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

1. A Fresno grand jury returned the Indictment against these defendants on October 20, 2022. ECF 1. Under the then-applicable intra-district venue established by Local Rule 120, the Indictment was assigned to a district court in the Fresno Division of the Eastern District of California. ECF 1.

2. By previous order, on June 5, 2023, Magistrate Judge Barbara A. McAuliffe set a further status conference for November 8, 2023, and excluded time from the Speedy Trial Act up to November 8. ECF 30.

3. On September 12, 2023, Chief Judge Kimberly J. Mueller reassigned this case to Honorable Dale A. Drozd pursuant to the amended venue provision of Local Rule 120. ECF 33.

4. On September 14, 2023, Magistrate Judge McAuliffe issued a minute order vacating the November 8, 2023, status conference. ECF 34.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

5. By this stipulation, defendants now move to set an initial status conference before this Court on December 12, 2023, and to exclude time between September 14, 2023, and December 12, 2023, under Local Code T4.

6. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related materials from the investigation. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to assess the defense case in light of the intra-district transfer from Fresno to Sacramento for court appearances, review the charges and determine whether the parties should request a trial date, and discuss potential resolutions with their clients. In addition, counsel for defendant Madrid is not available until December 2023 for a status conference in this case because he is currently in trial in Fresno and thus needs additional time for continuity of defense counsel within the meaning of the Speedy Trial Act.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 14, 2023 to December 12, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 19, 2023         PHILLIP A. TALBERT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated:  October 19, 2023         /s/ *Yan Shrayberman*
YAN SHRAYBERMAN, Esq.
Counsel for Defendant
LORETO MADRID
Authorized to sign for Mr. Shrayberman on 10-19-23

Dated:  October 19, 2023         /s/ *Ryan Roth*
RYAN ROTH, Esq.
Counsel for Defendant
DIANA PENZALOZA
Authorized to sign for Mr. Roth on 10-19-23

### ORDER

Pursuant to the stipulation of the parties and good cause appearing, a status conference is now scheduled before the undersigned for December 12, 2023, at 9:30 a.m. and time is excluded between September 14, 2023, and December 12, 2023, under Local Code T4.

IT IS SO ORDERED.

Dated:  **October 19, 2023**         _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE