1  ROTH LEGAL, A PROFESSIONAL LAW CORPORATION
   Ryan Roth
2  State Bar No. 291844
   418 14th St,
3  Modesto, CA 95354
   (209) 222-4447
4

5  Attorney for Defendant
   DIANA PENALOZA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00281-DAD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION [PROPOSED ORDER] TO CONTINUE SENTENCING |
| DIANA PENALOZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Diana Penaloza, that the sentencing date scheduled for June 23rd, 2025 at 9:30 a.m. be vacated and the sentencing date be continued to this Court's calendar August 18th 2025 at 9:30 a.m., or the soonest date thereafter convenient to the Court.

The proposed date of August 18th 2025 is agreeable with Counsel for the Government, Jason Hitt and there is no objection to the requested continuance. Additional time is requested for defense counsel's review of the Presentencing Report, interview with the defendant and the government, and filings to follow.

Respectfully Submitted,

Dated: June 18, 2025            /s/ Ryan Roth
                                Ryan Roth
                                Attorney for Defendant,
                                Diana Penaloza

Dated: June 18, 2025            /s/ Jason Hitt
                                Jason Hitt
                                Assistant United States Attorney
                                Attorney for Plaintiff

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS THE ORDER of the Court that the current June 23, 2025, sentencing date for Diana Penaloza is hereby vacated and reset to August 18, 2025 at 9:30 a.m.  **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **June 20, 2025**            _____
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

2