1  ROTH LEGAL, A PROFESSIONAL LAW CORPORATION
   Ryan Roth
2  State Bar No. 291844
   418 14th St,
3  Modesto, CA 95354
   (209) 222-4447
4

5  Attorney for Defendant
   DIANA PENALOZA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00281-DAD-2 |
|---|---|
| Plaintiff, | |
| v. | STIPULATION ORDER TO CONTINUE SENTENCING |
| DIANA PENALOZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Diana Penaloza, that the sentencing date scheduled for August 18, 2025, at 9:30 a.m. be vacated and the sentencing date be continued to this Court's calendar November 17, 2025, at 9:30 a.m., or the soonest date thereafter convenient to the Court.

The proposed date of November 17, 2025, is agreeable with Counsel for the Government, Jason Hitt and there is no objection to the requested continuance.  Additional time is requested for defense counsel's review of the Presentencing Report, interview with the defendant and the government, and filings to follow.

                                                  Respectfully Submitted,

Dated: August 15, 2025                    /s/ Ryan Roth
                                              Ryan Roth
                                              Attorney for Defendant,
                                              Diana Penaloza

Dated: August 15, 2025                    /s/ Jason Hitt
                                              Jason Hitt
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing scheduled in this case for August 18, 2025, is hereby vacated and reset to November 17, 2025, at 9:30 a.m. **However, now that the final presentence report has been prepared, and in light of the fact that defendant Penaloza entered her plea over a year ago and remains in custody, the court will be reluctant to continue the sentencing hearing again absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **August 15, 2025**                                  /s/ Dale A. Drozd
                                                           DALE A. DROZD
                                                           UNITED STATES DISTRICT JUDGE