§UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 26, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DIANA PENALOZA,

Defendant.

Case No.  1:22-CR-00281-DAD-2

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DIANA PENALOZA, Case No.

1:22-CR-00281-DAD-2 , Charge Title 21 U.S.C. §§ 846, 841, from custody for the

following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Corporate Surety Bail Bond

_____ (Other): The Court sentenced the defendant to a term of

X    imprisonment of time served. Defendant Shall be Ordered Released

_____ on 1/26/2026.

Issued at Sacramento, California on January 26, 2026, at _/·40_____ p.m

By: _Dale A. Drozd_____

District Judge Dale A. Drozd