ERIC GRANT
United States Attorney
JASON HITT
ELISA M. RODRIGUEZ
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00281-DAD |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| DIANA PENALOZA, | |
| Defendant. | |

On or about October 25, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Diana Penaloza forfeiting to the United States the following property:

        a.      Approximately $58,441.00 in U.S. Currency.

Beginning on November 19, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

1

Final Order of Forfeiture

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Diana Penaloza:

        a.      Approximately $58,441.00 in U.S. Currency, plus all accrued interest.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.      The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:    **March 10, 2026**      ___*Dale A. Drozd*___

                                DALE A. DROZD
                                UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture